UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LARRY HARRISON,

    Plaintiff,

v.

SHARON OLIVER, RICHARD
DODMAN, and MARY ZAMORA,

    Defendants.
_____/

Case No. 23-cv-10655
Honorable Linda V. Parker

**OPINION AND ORDER: (1) ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; (2) GRANTING DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT; (3) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, MOTION FOR PROTECTIVE ORDER, AND MOTION FOR "SANCTIONS AND PROHIBITIONS"**

On March 21, 2023, Plaintiff commenced this lawsuit against Defendants pursuant to 42 U.S.C. § 1983 alleging deliberate indifference to his medical needs in violation of the Eighth Amendment and First Amendment retaliation. The parties subsequently filed cross-motions for summary judgment (ECF Nos. 48, 53, 55), and Plaintiff filed a motion for protective order (ECF No. 45) and motion "for sanctions and prohibitions" (ECF No. 51). The matter has been assigned to Magistrate Judge Kimberly G. Altman for all pretrial proceedings, including a hearing and determination of all non-dispositive matters pursuant to 28 U.S.C.

§ 636(b)(1)(A) and/or a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(B).

On July 19, 2024, Magistrate Judge Altman issued a report and recommendation ("R&R") recommending that the Court grant Defendants' summary judgment motions and deny Plaintiffs' motions. (ECF No. 59.) At the conclusion of the R&R, Magistrate Judge Altman advises the parties that they may object to and seek review of the R&R within fourteen days of service upon them. (*Id.* at PageID. 760-61.) Magistrate Judge Altman further specifically advises the parties that "[f]ailure to file specific objections constitutes a waiver of any further right to appeal." (*Id*. at PageID. 760) Neither party filed objections to the R&R.

The Court has carefully reviewed the R&R and concurs with the conclusions reached by Magistrate Judge Altman. The Court therefore adopts the R&R.

Accordingly,

**IT IS ORDERED** that Defendants' motions for summary judgment (ECF Nos. 48, 53) are **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's motion for summary judgment (ECF No. 55), motion for protective order (ECF No. 45), and motion for "sanctions and prohibitions" (ECF No. 51) are **DENIED**.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: August 12, 2024

3

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, August 12, 2024, by electronic and/or U.S. First Class mail.

                                                            s/Aaron Flanigan
                                                            Case Manager