UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LARRY HARRISON,

Plaintiff,

v.

SHARON OLIVER, RICHARD DODMAN, and MARY ZAMORA,

Defendants.
______________________________/

Case No. 23-cv-10655
Honorable Linda V. Parker

**OPINION AND ORDER DENYING PLAINTIFF'S MOTION FOR RELIEF FROM JUDGMENT (ECF NO. 74) AND MOTION TO APPOINT COUNSEL (ECF NO. 75)**

Plaintiff commenced this civil rights lawsuit against Defendants on March 21, 2023, alleging deliberate indifference to his medical needs in violation of the Eighth Amendment and retaliation in violation of the First Amendment. The parties subsequently filed cross-motions for summary judgment. (ECF Nos. 48, 53, 55.) On August 12, 2024, the Court granted Defendants' motion and denied Plaintiff's motion. (ECF No. 60.) A Judgment was entered on the same date, dismissing Plaintiff's Complaint with prejudice. (ECF No. 61.) The Court subsequently denied Plaintiff's motion for reconsideration (ECF No. 69), and, on October 31, 2025, the Sixth Circuit Court of Appeals affirmed the Court's summary judgment decision (ECF No. 71).

The matter is now before the Court on Plaintiff's motion for relief from judgment pursuant to Federal Rule of Civil Procedure 60(b)(3) and (4) (ECF No. 74), and his motion to appoint counsel (ECF No. 75). Both motions are signed and dated June 8, 2026. (ECF No. 74 at PageID.879; ECF No. 75 at PageID.915.)

As relevant here, Rule 60(b) allows a court to relieve a party from a final judgment, order, or proceeding due to *inter alia* fraud, misrepresentation, or misconduct by an opposing party or because the judgment is void. Fed. R. Civ. P. 60(b)(3), (4). The rule establishes the following filing deadlines: "A motion under Rule 60(b) must be made within a reasonable time—and for reasons (1), (2), and (3) no more than a year after the entry of the judgment or order or the date of the proceeding." Fed. R. Civ. P. 60(c). Plaintiff's motion, to the extent brought under Rule 60(b)(3), clearly comes too late, as it was filed almost two years after the order and judgment from which relief is sought. To the extent brought under Rule 60(b)(4), it was not filed within a reasonable time.

As this Court has dismissed Plaintiff's Complaint and closed this matter, and the Sixth Circuit has affirmed, there is no reason to appoint counsel for Plaintiff.

Accordingly,

**IT IS ORDERED** that Plaintiff's Rule 60(b) motion (ECF No. 74) is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's motion to appoint counsel (ECF No. 75) is **DENIED**.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: November 18, 2026